| | | |
|---|---|---|
| 29769 | State v. Ikeda | Vacated and Remanded |
| 29761 | State v. Nakanishi | Vacated and Remanded |